UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------- X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION

----------------------------------------------------------------

**This Document Relates to:**

**Baker v. Bayer Corp., et al., No. 3:10-cv-10107-DRH-PMF**

: 3:09-md-02100-DRH-PMF

: MDL No. 2100

:

: Judge David R. Herndon

: **ORDER**

**ORDER**

**HERNDON, Chief Judge:**

Plaintiff has filed a motion to vacate (Doc. 22) the order of dismissal entered on September 21, 2010 (Doc. 21) for failure to comply with the Plaintiff Fact Sheet Requirements found in Case Management Order Number 12. Plaintiff states that she has submitted a completed Plaintiff Fact Sheet and is now in compliance with the requirements of Case Management Order Number 12 (Doc. 22). Bayer is not opposed to Plaintiff's motion (Doc. 23). Accordingly, the Court

hereby **vacates** the Order dismissing without prejudice Plaintiff Lauren Baker's case and thereby **reinstates** her case.

**SO ORDERED:**

David R. Herndon
2010.11.29
15:09:59 -06'00'

**Chief Judge**　　　　　　　　　　　　　　　　　**Date: November 29, 2010**
**United States District**